E-FILED IN OFFICE - GH
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

20-C-02864-S2
6/12/2020 10:19 AM

CLERK OF STATE COURT

# Exhibit C

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

WINDON SMITH,

      Plaintiff,

v.

LANCER INSURANCE COMPANY, a foreign corporation; SEVERT & SONS PRODUCE, INC., a foreign corporation; SEVERT & SONS PRODUCE COLUMBIA INC., a foreign corporation; SEVERTS OF COLUMBIA LLC, a foreign limited liability company; SEVERTS OF COLUMBIA BROKERAGE LLC, a liability company; SEVERT LOGISTICS, LLC, a foreign limited liability company; SEVERT EQUIPMENT, LLC, a foreign limited liability company; SEVERT SALES, LLC, a foreign limited liability company; SEVERT/SEVERTS, a corporation; SEVERT/ SEVERTS, a limited liability company; SEVERT/ SEVERTS, a partnership; SEVERT/ SEVERTS, a sole proprietorship; and LARRY GENE IRONS,

      Defendants.

Civil Action
File No.: 20-C-02864-S2

## DEFENDANT LANCER INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR DAMAGES

COMES NOW Defendant Lancer Insurance Company ("Defendant"), and files its answer to the Complaint for Damages, showing the Court as follows:

## JURISDICTION, VENUE, AND SERVICE

1.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

2.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

3.

Defendant admits the allegations in this paragraph of the Complaint.

4.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

5.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

6.

Defendant admits the allegations in this paragraph of the Complaint.

7.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

8.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

9.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

10.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

11.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

12.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

13.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

14.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

15.

Responding to the allegations in this paragraph of the Complaint, Defendant admits it provided a policy of motor vehicle liability insurance for Severts of Columbia, LLC.  Defendant denies the remaining allegations in this paragraph of the Complaint.

16.

Responding to the allegations in this paragraph of the Complaint, Defendant admits it provided a liability policy for Severts of Columbia, LLC.  Defendant is without knowledge or

information sufficient to form a belief as to the truth of the remaining allegations in this paragraph of the Complaint.

17.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

## **FACTS**

18.

Defendant reasserts the responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

19.

Defendant admits the allegations in this paragraph of the Complaint.

20.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

21.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

22.

Defendant admits the allegations in this paragraph of the Complaint.

23.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

24.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

25.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

26.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

27.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

28.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

29.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

30.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

31.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

32.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

33.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

34.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

35.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

36.

Defendant denies the allegations in this paragraph of the Complaint.

37.

Defendant denies the allegations in this paragraph of the Complaint.

## **COUNT ONE**

38.

Defendant reasserts the responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

39.

Defendant denies the allegations in this paragraph of the Complaint.

## **COUNT TWO**

40.

Defendant reasserts the responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

41.

Defendant denies the allegations in this paragraph of the Complaint.

## **COUNT THREE**

42.

Defendant reasserts the responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

43.

Defendant denies the allegations in this paragraph of the Complaint.

## **DEMAND FOR JURY TRIAL**

44.

Defendant reasserts the responses to the allegations in the previous paragraphs of the Complaint as if fully set forth herein.

45.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

46.

Defendant Lancer denies that Plaintiff is entitled to any of the relief prayed for in the unnumbered "WHEREFORE" paragraphs contained in Plaintiff's Complaint for Damages.

47.

Any allegations in the complaint not heretofore responded to are denied in their entirety.

WHEREFORE, having fully responded to the Complaint for Damages, defendant respectfully requests the following:

(1)     that it be dismissed from this action with prejudice, with all costs taxed against plaintiff;

(2)     that it have a trial by a jury of twelve persons;

(3)     that a pre-trial conference be held;

(4)     that the court grant such other relief it deems equitable and just.

This 12th day of June, 2020.


COPELAND, STAIR, KINGMA & LOVELL, LLP
P.O. Box 56887
Atlanta, GA 30343-0887
sjcohen@cskl.law
404-522-8220

/s/ *Stephen J. Cohen*
STEPHEN J. COHEN
Georgia State Bar No. 556599
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter via the Court's electronic filing system, which will automatically e-mail a copy to counsel of record addressed as follows:

Alexander R. Nemajovsky
PHILLIPS & NEMAJOVSKY, P.C.
P.O. Box 70728
Albany, GA 31708-0728
alex@pnpclaw.com

This 12th day of June, 2020.

/s/ *Stephen J. Cohen*
STEPHEN J. COHEN
Georgia State Bar No. 556599
*Counsel for Defendants*

COPELAND, STAIR, KINGMA & LOVELL, LLP
P.O. Box 56887
Atlanta, GA 30343-0887
sjcohen@cskl.law
404-522-8220

-9-

7280839v.1